IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

LEON K. GLADWELL _____, Plaintiff

v.

Erica Martinez _____,

Melenie Judson _____,

Lydia Mitchell _____,

Daniel Newcomb _____, Defendant(s).
(ADDED Defendant HENRY Trujillo)

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

Jury Trial requested:
(please check one)
__X__ Yes ____ No

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.

LEON K. GLADWELL 3200 Airport Road, Boulder, Co 80301
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

Indicate whether you are a prisoner or other confined person as follows: (check one)

**X** Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (Please explain) _____


## B. DEFENDANT(S) INFORMATION

Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."

Defendant 1: Erica Martinez, Medical Supervisor, Boulder County Jail
(Name, job title, and complete mailing address)

3200 Airport Road, Boulder, Co 80301

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (check one). Briefly explain:

Erica Martinez is Medical Supervisor in charge of Maintaining the health & medical safety of inmates at Boulder County Jail

Defendant 1 is being sued in his/her **X** individual and/or **X** official capacity.

2

Defendant 2: **Melenie Judson, H-S-A Boulder County Jail**
(Name, job title, and complete mailing address)

**3200 Airport Road, Boulder, Co 80301**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  **X** Yes ___ No (*check one*). Briefly explain:

**Melenie Judson is the HSA for Boulder County Jail, her job is to protect the health & safety of inmates at BCJ**

Defendant 2 is being sued in his/her **X** individual and/or **X** official capacity.

Defendant 3: **Lydia Mitchell, Boulder County Jail Commander**
(Name, job title, and complete mailing address)

**3200 Airport Road, Boulder, Co 80301**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  **X** Yes ___ No (*check one*). Briefly explain:

**Her job is to maintain operations within BCJ, including Security, Safety, Maintaining staff compliance to their job titles**

Defendant 3 is being sued in his/her **X** individual and/or **X** official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

**X**   State/Local Official (42 U.S.C. § 1983)

___   Federal Official
   As to the federal official, are you seeking:
   ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
   ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___   Other: (*please identify*) _____

## B. DEFENDANT(S) INFORMATION (continued)

Defendant 4: Daniel Newcomb, B.C.J. Commander
(Name, Job Title, and Complete mailing address)
3200 Airport Road, Boulder CO 80301
At the Time of claim(s) in this complaint arose, was this defendant acting under color of State or federal law  X YES __ NO
Briefly explain:

Daniel Newcomb is a Commander for B.C.J. His job is to maintain operations within B.C.J. When his Co-Commander refused to answer my kites to her in reguards to my medical needs over several months, I asked him for help. He also refused to respond to attempts to settle by kite my issues.

Defendant 4 is being sued in his/her X individual and/or X official capacity.

Defendant 5: Henry Trujillo, BCJ Comander
3200 Airport Road, Boulder, Co 80301
(name, job title, and complete mailing address)
At the Time of claim(s) in this complaint arose, was this Defendant acting under color of State or federal law X YES __ NO
Breifly explain:

Henry Trujillo is a Commander for B.C.J. He was asked to sign the 1915 form that accompanies this complaint, He refused and made me send it to an outside location. Several of my attempts to obtain a signature were stated to be TIME SENSITIVE. Trujillo held my paper work for two weeks before telling me to send it to Records Dept. When it came back unsigned a week later, I was told again Trujillo has to sign it or have it notorized for me. Deputy Sumpter took my papers back to Trujillo where again he chose to neither sign or even return my Original Documents. He Has chose to tamper, attempt to tamper with the filing of this complaint by losing and/or destroying, withholding and claiming he has "No idea what paper work GLADWELL is refuring to." Papers attached to 1915 show attempts to obtain the signature needed and Commander Henry Trujillos attempts to thwart the filing to cause dismissal do to the persumptive time limit to file this complaint.

## D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Deliberate Indifference Violation of 8th Amendment

Claim one is asserted against these Defendant(s):
Erica Martinez - Medical Supervisor B.C.J.; Melenie Judson - H.S.A. B.C.J.; Lydia Mitchell - Commander B.C.J.; Daniel Newcomb - Commander BCJ

Supporting facts:

Upon my arrival to B.C.J. on 10-15-20, I was classified as a "House Alone" due to severe medical needs, on 2-24-21 I was transported to C.D.O.C where I remained "House Alone Restricted" due to severe medical issues, (my immunocompromisation being the main reason) Upon my return to B.C.J. my "House Alone" restriction was still in the system, along with my medical records that spicifically state that due to immunocompromisation I need to be housed Alone (Return to B.C.J on 1-30-24) this restriction was "lifted" do to "inconvienience + overcroweding" of facility, putting my Health + life at risk. I have tryed to be cordial + utilize proper tactics of talking to Medical + facility Commanders, I've been refused grievance forms, being told my "classification" is non-grievable, The Commanders (both Lydia Mitchell + Daniel Newcomb) have deliberately refused to respond to my attempts to fix this situation "Inhouse", neither Commander has responded to my "Kites" in reguards to this situation, which places them as complicate to the Deliberate Indifferance of their Medical staff, Contributing to the medical risks involved with the non-Compliance of my medical records that spicifically require House Alone

4

## 4. STATEMENT OF CLAIMS (CONTINUED)

Restrictions to protect & maintain my health. My medical requirements cannot be viewed as a "facility descression" and/or an overrideable medical need. I was classified to live in the Medium-B Module of B.C.J., where two single-cells are available. Erica Martinez has deliberately put into the computer system for module deputies to <u>NOT Allow</u> me to occupy either single-cell (in direct violation of my housing requirements listed in my medical records.) Upon my "kiting" medical about my restrictions, Melenie Judson responded that the only way B.C.J. will abide by my wanting a house alone cell would be to volentarly be moved to restricted housing module & be completely isolated & segregated from the rest of the general population. To punish me by isolation/segregation, & restricted living requirements is completely illegal, unjustified & cruel & unusual punishment when two cells that are available within my current module (for inmates such as I) are not utilized for proper use. And I am refused the right to such a cell without punishment. No A.D.A. or medically vulnerable inmates occupy those cells which is an act of deliberate indifference to the highest degree as all listed defendants know of my medical needs & vulnerabilities, know by my living in this module & seeing non-medically needs inmates being allowed to occupy those cells is a perverbial "spit in the face" to me & my needs. There is no justifing this facilities actions, as they have had a year to ammend my faciliy medical needs back to "House Alone" status, or properly place me into living enviernment that protects my health & potential life. They have not done so, because they cannot justify placing me into restricted housing without behavioral issues & I will not agree to "volentarly" be punished because they do not want to abide by my medical needs listed within my medical records. Failure to act accordingly; failure to respond to facility kites to ammend my medical living needs; deliberatly forcing me to maintain sickness & unsanitary living conditions for 12 months (or volenteer for restricted housing isolation) is cruel & unusual punishment to the highest degree, and fits the deffinition of deliberate indifference beyond doubt.

E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Randy Scolfield And Sterling Correctional Facility

Docket number and court: Unknown

Claims raised: Assault Complicity, and Negligence

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Dismissed without Prejudice

Reasons for dismissal, if dismissed: Unpaid Partial filing fee

Result on appeal, if appealed: Dismissed without Prejudice

F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

G. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* I am seeking relief in the form of Termination of the named defendants from their current employment, as their actions put unnecessary risk to the inmates through their unwillingness to properly protect medical needs and/or hold their staff accountable for their negligent actions. Prior unnecessary deaths have occured at this facility due to Deliberate Indifference behavior of Medical Staff at B.C.J (i.e. Avery Borkovec 2022) The Commanders refusal to hold their medical accountable makes them Complicate to the Deliberate Indifference. I am also seeking $100,000 in pain and suffering due to being forced to be sick & live in unsanitary living conditions with unhygienic Cellmates, Putting my health & life at risk (Each Defendant)

H. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3-20-25
(Date)

(Revised November 2022)

A. REQUEST FOR RELIEF (Continued)

I am asking the Court to have both Erica Martinez and Melenie Judson brought up before the Colorado Medical Association, to be reviewed for violations of Hipicratic Oath, and any other viable violations that accompany Deliberate Indifference for Medical Disbarrment. Their actions unneccessarly put lives and health at risk of the people they are intrusted to help and protect. They have shown no reguard for inmate health, safty, or lives at Boulder County Jail. Finally I ask that the Defendants be responsable for all Court fees, Filing fees, Service fees and/or other Monetary fees involved with this Complaint

As added defendant, I ask the Court to find Commander Henry Trujillos attempts to Thwart the filing of this Complaint by the Destruction, loss, and/or other Claims of "never recieving the Original Documents that went Missing", a violation of Plantiffs Civil Rights to Due Process and hold him accountable under state law for his behavior, And to the sum of $100,000 as with the other Above Defendants. All listed Defendants are profoundly guilty of Civil as well as Criminal offensses, As Boulder County Sheriff Office employees, all defendants knew better and are held to a higher standard. The relief in this matter needs to reflect the severity of this actions.

Certificate of Service

I hereby Certify That a Copy of The foregoing pleading/document was mailed To:

Erica Martinez, Melenie Judson, Lydia Mitchell, Daniel Newcomb (defendants) AT 3200 Airport Road, Boulder, Co 80301 on ~~February~~ MARCH 20, 2025.

*Plaintiff's Original Signature*